UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

OSCAR DANTZLER                                           CIVIL ACTION

VERSUS

WILLIAM WILL JORDEN, ET AL.                    NO. 24-00590-BAJ-SDJ

## RULING AND ORDER

Before the Court are the following Motions: (1) Defendant Douglas Welborn's **Motion to Dismiss (Doc. 17)**; and (2) Defendants Judge William Jorden and the Nineteenth Judicial District Court's **Motion to Dismiss (Doc. 26)**. The Motions are unopposed.

The Magistrate Judge issued a **Report And Recommendation (Doc. 54, the "Report")** recommending that the Court grant Defendants' Motions to Dismiss and dismiss Plaintiff's claims against Defendants Douglas Welborn, Judge William Jorden, and the Nineteenth Judicial District Court, with prejudice. There are no objections to the Report.

Having carefully considered Plaintiff's Complaint (Doc. 1), the Motions at issue (Doc. 17; Doc. 26), and the Magistrate Judge's Report (Doc. 54), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant Douglas Welborn's **Motion to Dismiss**

**(Doc. 17)** is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants Judge William Jorden and the Nineteenth Judicial District Court's **Motion to Dismiss (Doc. 26)** is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Douglas Welborn, Judge William Jorden, and the Nineteenth Judicial District Court are hereby **DISMISSED WITH PREJUDICE.**

Final judgment shall be issued separately.

Baton Rouge, Louisiana, this 15th day of July, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**